**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Donahoe and Cherie Donahoe, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> Sheriff Joseph Arpaio and Ava Arpaio, husband and wife; Andrew Thomas and Anne Thomas, husband and wife; Lisa Aubuchon and Peter R. Pestalozzi, wife and husband; Deputy Chief David Hendershott and Anna Hendershott, husband and wife; William Montgomery only in his official capacity as Maricopa County Attorney; Maricopa County, a municipal entity; and John Does I-X; Jane Does I-X; Black Corporations I-V; and White Partnerships, I-V, <br><br> Defendants. | Lead No. CV10-2756-PHX-NVW <br><br> **Consolidated with:** <br> No. CV10-2757-PHX-NVW <br> No. CV10-2758-PHX-NVW <br> No. CV11-0116-PHX-NVW <br> No. CV11-0262-PHX-NVW <br> No. CV11-0473-PHX-NVW <br><br><br> **ORDER** |
| Susan Schuerman, <br><br> Plaintiffs, <br><br> v. <br><br> Sheriff Joseph Arpaio and Ava Arpaio, husband and wife; Andres Thomas and Anne Thomas, husband and wife; Lisa Aubuchon and Peter R. Pestalozzi, wife and husband; Deputy Chief David Hendershott and Anna Hendershott, husband and wife; | |

| | | |
|---|---|---|
| 1 | William Montgomery only in his official capacity as Maricopa County Attorney; Maricopa County, a municipal entity; and John Does I-X; Jane Does I-X; Black Corporations I-V; and White Partnerships, I-V, | ) ) ) ) ) ) ) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Defendants. | ) ) ) |
| 6 | | |
| 7 | Sandra Wilson and Paul Wilson, husband and wife, | ) ) ) |
| 8 | Plaintiffs, | ) ) ) |
| 9 | v. | ) ) |
| 10 | Sheriff Joseph Arpaio and Ava Arpaio, husband and wife; Andres Thomas and Anne Thomas, husband and wife; Lisa Aubuchon and Peter R. Pestalozzi, wife and husband; Deputy Chief David Hendershott and Anna Hendershott, husband and wife; William Montgomery only in his official capacity as Maricopa County Attorney; Maricopa County, a municipal entity; and John Does I-X; Jane Does I-X; Black Corporations I-V; and White Partnerships, I-V, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | ) ) ) |
| 19 | | |
| 20 | Conley D. Wolfswinkel, a single man; Brandon D. Wolfswinkel, a single man; Ashton A. Wolfswinkel, a single man; Vanderbilt Farms, LLC, an Arizona limited liability company; ABCDW, LLC, an Arizona limited liability company; Stone Canyon, LLC, an Arizona limited liability company; Vistoso Partners, LLC, an Arizona limited liability company; and W Harquahala, LLC, an Arizona limited liability company; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Plaintiffs, | ) ) |
| 27 | | |
| 28 | | |

- 2 -

|   |   |
|---|---|
| v. | ) |
|   | ) |
| Joseph Arpaio and Ava Arpaio, husband and wife; David Hendershott and Anna Hendershott, husband and wife; Jonathan Halverson and Jane Doe Halverson, husband and wife; Patrick Roshetko and Jane Doe Roshetko, husband and wife; Andrew P. Thomas and Anne Thomas, husband and wife; Lisa Aubuchon and Peter R. Pestalozzi, wife and husband; William Montgomery only in his official capacity as Maricopa County Attorney; and Maricopa County, a municipal entity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|   | ) |
| Defendants. | ) ) |

| Stephen Wetzel and Nancy Wetzel, husband and wife, | ) ) ) |
|---|---|
| Plaintiffs, | ) ) |
| v. | ) ) |
| Sheriff Joseph Arpaio and Ava Arpaio, husband and wife; Andrew Thomas and Anne Thomas, husband and wife; Lisa Aubuchon and Peter R. Pestalozzi, wife and husband; Chief Deputy David Hendershott and Anna Hendershott, husband and wife; William Montgomery, only in his official capacity as Maricopa County Attorney; Maricopa County, a municipal entity; and John Does I-X; Jane Does I-X; Black Corporations I-V; and White Partnerships, I-V, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|   | ) |
| Defendants. | ) ) |

| Mary Rose and Earl Wilcox, wife and husband, | ) ) ) |
|---|---|
| Plaintiffs, | ) |

- 3 -

|   |   |
|---|---|
| v. | ) |
|   | ) |
| Sheriff Joseph Arpaio and Ava Arpaio, husband and wife; Andrew Thomas and Anne Thomas husband and wife; Lisa Aubuchon and Peter R. Pestalozzi, wife and husband; Deputy Chief Sheriff David Hendershott and Anna Hendershott, husband and wife; William Montgomery only in his official capacity as Maricopa County Attorney; Maricopa County, a governmental entity; | ) ) ) ) ) ) ) ) ) ) ) ) |
|   | ) |
| Defendants. | ) |
|   | ) |

Before the Court is Defendant William Montgomery's Rule 12(b)(6) Motion to Dismiss, which is pending in CV11-0116 ("Wolfswinkel Plaintiffs") (Doc. 18). Defendant Montgomery is the current Maricopa County attorney. The Wolfswinkel Plaintiffs have sued Montgomery in his official capacity as County attorney, and not in his personal capacity. The Wolfswinkel Plaintiffs do not claim that Montgomery himself committed any wrongdoing, or that he is responsible for the wrongdoing of any other party; indeed, Montgomery became County attorney only after the events at issue in these actions took place.

When a state or local official is sued in his official capacity, the practical effect is the same as suing the County itself for damages. Because the Wolfswinkel Plaintiffs have also named the County as a defendant in their action, there is no purpose in maintaining Montgomery as a defendant; the potential for Plaintiffs' recovery is the same, whether Montgomery is a named defendant in his official capacity or whether he is dismissed, because the County remains a defendant. The fact that the County has to date denied the allegations against it does not make Montgomery a necessary party to this litigation. Rather,

- 4 -

because he is a redundant defendant, the Court will grant Montgomery's motion to dismiss. *See Ctr. for Bio-Ethical Reform, Inc. v. L.A. County Sheriff Dep't*, 533 F.3d 790, 799 (9th Cir. 2008) (noting that when "both a municipal officer and a local government entity are named, and the officer is named only in an official capacity, the court may dismiss the officer as a redundant defendant").

IT IS THEREFORE ORDERED that Defendant William Montgomery's Rule 12(b)(6) Motion to Dismiss, pending in CV11-0116 (Doc. 18), is granted.

DATED this 25th day of May, 2011.

_____
Neil V. Wake
United States District Judge

- 5 -